**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

MONY PREAP; EDUARDO VEGA
PADILLA; JUAN LOZANO
MAGDALENO,
   *Plaintiffs-Appellees*,

v.

KEVIN K. MCALEENAN, Acting
Secretary, Department of
Homeland Security; WILLIAM P.
BARR, Attorney General;
RICHARD VALEIKA, Field Office
Director, San Francisco Field
Office, United States Bureau of
Immigration and Customs
Enforcement; MELISSA W.
MAXIM, Field Office Director,
San Diego Field Office, United
States Bureau of Immigration
and Customs Enforcement;
CORINNA LUNA, Field Office
Director, Los Angeles Field
Office, United States Bureau of
Immigration and Customs
Enforcement,
   *Defendants-Appellants.*

Nos. 14-16326
    14-16779

D.C. No.
4:13-cv-05754-YGR

ORDER

On Remand from the United States Supreme Court

Filed May 1, 2019

Before: Andrew J. Kleinfeld, Jacqueline H. Nguyen, and Michelle T. Friedland, Circuit Judges.

---

**ORDER**

In light of the Supreme Court's decision in *Nielsen v. Preap*, 139 S. Ct. 954 (2019), the opinion of this Court dated August 4, 2016, 831 F.3d 1193, is **VACATED** and judgment is entered **REVERSING** the district court's order granting a preliminary injunction. We remand this case to the district court for further proceedings consistent with the Supreme Court's opinion.

**REVERSED and REMANDED.**